IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CURTIS SCOTT,

    Plaintiff,                   No. CIV S-05-1173 LKK DAD P

    vs.

ARNOLD SCHWARZENEGGER, et al.,

    Defendants.                <u>ORDER</u>

        On September 25, 2006, plaintiff filed a notice of appeal and a motion requesting an extension of time to apply for in forma pauperis status on appeal. Plaintiff's appeal was processed on September 28, 2006, and a case number has been assigned by the Ninth Circuit Court of Appeals. IT IS ORDERED that plaintiff's September 25, 2006 request for an extension of time is denied without prejudice to any renewed motion plaintiff has filed or may file in the Ninth Circuit Court of Appeals.

DATED: November 27, 2006.

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13
scot1173.req